**Order entered February 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00015-CV

### JAMES DAVID HORTON AND ROBBIE LESA HORTON, Appellant

### V.

### SUSAN MCMILLION MARTIN, SHANNON PRITCHARD, BROOKE DAVES AND KIMBERLY STOVALL, Appellee

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-11551**

## ORDER

Before the Court is appellants' February 18, 2015 opposed motion for an extension of time to file their brief. We **GRANT** the motion. Appellants shall file their brief on or before February 27, 2015. Because this is an accelerated appeal, no further extensions will be granted absent exigent circumstances.

/s/ ELIZABETH LANG-MIERS
JUSTICE